Sheryl L. Schaffner, Esq.
City Attorney
SBN 166656
531 K STREET
Eureka, CA 95501
(707) 441-4147
(707) 441-4148 (fax)

Attorney for Defendant
City of Eureka

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>     vs.<br><br>**CITY OF EUREKA and CITY OF ARCATA,**<br><br>     Defendants.<br>_____/ | Case No.: C085725<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-1(a)] |

   Plaintiff United States of America (hereinafter "Plaintiff") and Defendants, City of Arcata and City of Eureka (hereinafter "Defendants") by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to February 12, 2009.  Counsel for both the United States of America, Joel McElvain, and City of Arcata, Nancy Diamond, have authorized counsel for the City of Eureka, Sheryl Schaffner, to electronically "sign" and file this stipulation on their behalf.

   IT IS SO STIPULATED.

1

1  Dated:                                          January 13, 2009

2
                                         _____/s/_____
3                                        Nancy Diamond, Esq.
                                         Attorney for Defendant
4                                        City of Arcata

5

6

7  Dated:                                          January 13, 2009

8
                                         _____/s/_____
9                                        Sheryl L. Schaffner, Esq.
                                         Attorney for Defendant
10                                       City of Eureka

11

12

13 Dated:                                          January 13, 2009

14
                                         _____/s/_____
15                                       Joel McElvain
                                         Attorney for Plaintiff
16                                       United States of America

17

18 IT IS SO ORDERED:

19

20 ___[signature: Bernard Zimmerman]___   ___January 13, 2009_____
   Magistrate Judge B. Zimmerman             Date
21

22

23

24

25

2

STIPULATION TO AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT