MICHAEL F. HERTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
JOEL McELVAIN, State Bar No. 257736
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6645
Fax: (415) 436-6632
Email: Joel.McElvain@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ARCATA and CITY OF EUREKA,<br><br>　　　　Defendants.<br><br>VOTE YES ON MEASURES F AND J COMMITTEE,<br><br>　　　　Applicant for Intervention.<br>_____<br>CITY OF ARCATA and CITY OF EUREKA,<br><br>　　　　Counterclaim Plaintiffs,<br><br>UNITED STATES OF AMERICA; ROBERT S. GATES, in his official capacity as United States Secretary of Defense; DAVID S. CHU, in his official capacity as United States Under Secretary of Defense for Personnel and Readiness; and DOES 1 through 10, inclusive,<br><br>　　　　Counterclaim Defendants. | Case No. C 08-5725 SBA<br><br>**Stipulation** |

*United States v. City of Arcata, et al.*
Case No. C 08-5725 SBA
Stipulation

1  The parties to this action, through their undersigned counsel, hereby stipulate that
2  the hearing scheduled with respect to the motion to intervene filed by the Vote Yes on
3  Measures F and J Committee, which previously had been noticed for March 24, 2009,
4  shall be continued until April 21, 2009 at 1:00 p.m.  Pursuant to L.R. 7-3, memoranda in
5  opposition to the motion shall be filed no later than March 31, 2009, and the reply
6  memorandum shall be filed no later than April 7, 2009.

7  Dated: February 24, 2009         Respectfully submitted,

   /s/ Joel McElvain
   JOEL McELVAIN
   Attorney for Plaintiff/Counterclaim Defendants

   /s/ Nancy Diamond
   NANCY DIAMOND
   Attorney for City of Arcata

   /s/ Sheryl L. Schaffner
   SHERYL L. SCHAFFNER
   Attorney for City of Eureka

   /s/ Sharon J. Adams
   SHARON J. ADAMS
   Attorney for Vote Yes on Measures F and J Committee

   \* \* \* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _2/27/09_____        _[signature]_
                              The Hon. SAUNDRA B. ARMSTRONG
                              United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, I electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

      /s/ Joel McElvain
JOEL McELVAIN