IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  
        Plaintiff,

v.

CITY OF ARCATA et al.,

        Defendants.
        /

No. 08-5725- SBA

**ORDER**

[Docket No. 15]

The hearing on Applicant's Motion to Intervene, currently scheduled for April 21, 2009, at 1:00 p.m., is CONTINUED to May 5, 2009, at 1:00 p.m.

IT IS SO ORDERED.

Dated: 4/10/09

*Saundra B Armstrong*  
SAUNDRA BROWN ARMSTRONG  
United States District Judge